CRANE-JOHNSON COMPANY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.

No. 8.   Argued October 23, 1940.—Decided November 12, 1940.

*Mr. John E. Hughes* for petitioner.

*Mr. Richard H. Demuth,* with whom *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* and *Miss Helen R. Carloss* were on the brief, for respondent.

By leave of Court, *Mr. Thomas H. Remington* filed a brief on behalf of Bastian Brothers Company, as *amicus curiae,* in support of petitioner.

MR. JUSTICE BLACK delivered the opinion of the Court.

Because of a previously existing deficit, petitioner corporation was prohibited by state law [1] from distributing as dividends its profits earned in 1936.   Notwithstanding this state prohibition, the Commissioner held respondent liable under the 1936 Revenue Act [2] for surtax on undistributed profits.   The Board of Tax Appeals sustained

---

[1] "The directors of corporations must not make dividends except from the surplus profits arising from the business thereof . . ." N. D. Comp. Laws (Supp. 1925) § 4543.

[2] 49 Stat. 1648, 1655.

the Commissioner,[3] and the Circuit Court of Appeals affirmed.[4] On a similar state of facts the Court of Appeals for the Ninth Circuit held undistributed profits exempt from surtax.[5] We granted certiorari in both cases to resolve this conflict.[6] The legal questions here presented are in all respects the same as those presented in *Helvering* v. *Northwest Steel Rolling Mills, ante,* p. 46, and on the authority of that case the decision below is

*Affirmed.*

---

[3] 38 B. T. A. 1355.
[4] 105 F. 2d 740.
[5] *Northwest Steel Rolling Mills* v. *Commissioner,* 110 F. 2d 286.
[6] 309 U. S. 692; *post,* p. 629.